United States Bankruptcy Court
For The
Western District of Kentucky

IN RE: )
    RONALD EUGENE BROWN ) Case No:
    JENNIFER MICHELLE BROWN ) 10-36095
               Debtor(s) )
_____)

**AMENDED**
Order of Confirmation

A Plan Under Chapter 13 of Title 11 and application for confirmation having been duly filed, creditors having been notified, and it appearing that said plan complies with provisions of Section 1325 of said chapter,

IT IS HEREBY ORDERED that said plan is confirmed.

| | |
|---|---|
| #4  Chase Auto Finance<br>201 N Central Ave<br>Phoenix   AZ   85004 | An Adequate Protection payment of **no less than** $228.00 a month paid with attorney fees. |

EVERYTHING ELSE REMAINS THE SAME AS ON ORIGINAL ORDER OF CONFIRMATION.

                                                                                    60 months/22%

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated:  January 12, 2011

PREPARED BY THE OFFICE OF
WILLIAM W. LAWRENCE, TRUSTEE
awl     1/12/11